# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Abigail Wingate

                Plaintiff(s),

CASE NO. C07-00965 TEH

v.

Energy Investors Funds Group LLC
Long-Term Disability Plan

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

                Defendant(s).

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓    Private ADR *(please identify process and provider)*  Mediation
Magistrate Judge Edward Infante (Ret.)

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline  following motion for summary adjudication on standard of review

Dated: 4/27/07

                                              Attorney for Plaintiff

Dated: 4/30/07

                                              s/Sean Nalty
                                              Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- ✓ Private ADR

Deadline for ADR session
- ✓ 90 days from the date of ~~this order.~~ the Court's order deciding the appropriate standard of review.
- other

IT IS SO ORDERED.

Dated: 05/01/07                    _____
                                    UNITED STATES DISTRICT JUDGE
                                    Judge Thelton E. Henderson

1  Daniel Feinberg, Cal. Bar No. 135983
   Michelle Roberts, Cal. Bar No. 239092
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA  94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
     E-Mail: dfeinberg@lewisfeinberg.com
5    E-Mail: mroberts@lewisfeinberg.com

6  *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABIGAIL WINGATE, | Case No. C07-00965 TEH |
| Plaintiff, | **ATTESTATION OF CONCURRENCE OF STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| vs. | |
| ENERGY INVESTORS FUNDS GROUP, LLC LONG-TERM DISABILITY PLAN, | Hon. Thelton Henderson |
| Defendant. | |

  I, Michelle Roberts, attest, pursuant to General Order No. 45, Rule X, that Sean Nalty concurred in the filing of this document.

Dated: April 30, 2007

  s/*Michelle Roberts*
  Michelle Roberts