1  Daniel Feinberg, Cal. Bar No. 135983
   Michelle Roberts, Cal. Bar No. 239092
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA  94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
     E-Mail: dfeinberg@lewisfeinberg.com
5    E-Mail: mroberts@lewisfeinberg.com

6  *Attorneys for Plaintiff*

7

8                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

12
   ABIGAIL WINGATE,                    )   Case No. C07-00965 TEH
13                                      )
                   Plaintiff,           )   **NOTICE OF SETTLEMENT AND**
14                                      )   **STIPULATION AND [PROPOSED]**
              vs.                       )   **ORDER VACATING SEPTEMBER 17,**
15                                      )   **2007 CASE MANAGEMENT**
   ENERGY INVESTORS FUNDS GROUP,        )   **CONFERENCE**
16 LLC LONG-TERM DISABILITY PLAN,       )
                                        )
17                 Defendant.           )
                                        )
18

19       WHEREAS, on August 29, 2007, the parties held a mediation session with Magistrate

20 Judge Edward Infante (Ret.);

21       WHEREAS, the parties reached an agreement to settle Plaintiff's claims in the above-

22 captioned case;

23       WHEREAS, the parties have exchanged drafts of the Settlement Agreement and

24 Stipulated Dismissal and [Proposed] Order;

25       WHEREAS, the parties will be finalizing the above-described documents within the next

26 week;

27       WHEREAS, the parties intend to file the Stipulated Dismissal and [Proposed] Order prior

28 to the next-scheduled Case Management Conference ("CMC") on September 17, 2007;

1   NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE

2   and AGREE that the CMC scheduled for September 17, 2007 should be taken off calendar.

3

4   Dated: September 7, 2007                         LEWIS, FEINBERG, LEE,
                                                    RENAKER & JACKSON, P.C.
5
                                        By:         /s/
6                                                   Michelle Roberts
                                                    *Attorneys for Plaintiff*
7

8

9   Dated: September 7, 2007                         WILSON, ELSER, MOSKOWITZ,
                                                    EDELMAN & DICKER LLP
10
                                        By:         /s/
11                                                  Sean Nalty
                                                    *Attorneys for Plan*
12

13   I, Michelle Roberts, attest, pursuant to General Order No. 45, Rule X, that Sean Nalty
     concurred in the filing of this document.
14

15   Date: September 7, 2007

16                                                  s/*Michelle Roberts*
                                                    Michelle Roberts
17

18   **IT IS SO ORDERED.**

19

20   Date: 9/7/07

21                                                  United States District Court Judge
                                                    Honorable Thelton Henderson
22

23

24

25

26

27

28

NOTICE OF SETTLEMENT AND STIPULATION TO VACATE CMC [CASE NO.C07-00965 TEH]   Page 2