Daniel Feinberg, Cal. Bar No. 135983
Michelle Roberts, Cal. Bar No. 239092
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
  E-Mail: dfeinberg@lewisfeinberg.com
  E-Mail: mroberts@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABIGAIL WINGATE,<br><br>    Plaintiff,<br><br>vs.<br><br>ENERGY INVESTORS FUNDS GROUP,<br>LLC LONG-TERM DISABILITY PLAN,<br><br>    Defendant. | Case No. C07-00965 TEH<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER** |

   Plaintiff ABIGAIL WINGATE ("Plaintiff") and Defendant ENERGY INVESTORS FUNDS GROUP LLC LONG-TERM DISABILITY PLAN ("Plan") (referred to collectively as the "parties") have reached a resolution of this matter.  The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear its own fees and costs.

   Plaintiff and Plan agree and stipulate that the United States District Court for the Northern District of California shall retain jurisdiction in this matter for the purpose of enforcing this Agreement.

\\

\\

| | | |
|---|---|---|
| 1 | Dated: September 27, 2007 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| 2 | | |
| 3 | | By:    /s/<br>Michelle Roberts<br>*Attorneys for Plaintiff* |
| 4 | | |
| 5 | Dated: September 27, 2007 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 6 | | |
| 7 | | By:    /s/<br>Sean Nalty<br>*Attorneys for Plan* |

    I, Michelle Roberts, attest, pursuant to General Order No. 45, Rule X, that Sean Nalty concurred in the filing of this document.

Date: September 12, 2007

                                              s/*Michelle Roberts*
                                              Michelle Roberts

    The Court hereby dismisses this action with prejudice. The Court reserves continuing jurisdiction over this case for disputes regarding the implementation, enforcement, construction, and interpretation of the Settlement Agreement.

    **SO ORDERED**.

Date:   09/28/07

HONORABLE THELTON HENDERSON
U.S. DISTRICT COURT JUDGE